Bernard DAVIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46479.

Missouri Court of Appeals,
Western District.

Submitted Nov. 6, 1992.

Decided Nov. 24, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 22, 1992.

Application to Transfer Denied
March 23, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).